

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of Z.M., W.M., and L.M., Children

No. 06-14-00068-CV

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. 14-00010). Opinion delivered by Chief Justice Morriss, Justice Moseley and *Justice Carter participating. *Justice Carter, Retired, Sitting by Assignment

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Katy Miles, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 23, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk